**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 22-7055**

---

ANDREW REGINALD WILLIS,

        Plaintiff - Appellant,

    v.

MARK C. RUFF; OFFICER KELLY TUDOR; SGT. JAMES YOWELL,

        Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Terrence W. Boyle, District Judge.  (5:20-ct-03202-BO)

---

Submitted: April 25, 2023                                   Decided:  April 28, 2023

---

Before GREGORY, Chief Judge, THACKER, Circuit Judge, and MOTZ, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Andrew Reginald Willis, Appellant Pro Se.  Steven Andrew Bader, James Carlton Thornton, CRANFILL SUMNER, LLP, Raleigh, North Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Andrew Reginald Willis appeals the district court's order denying relief on his 42 U.S.C. § 1983 complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm. *Willis v. Ruff*, No. 5:20-ct-03202-BO (E.D.N.C. filed Sept. 7, 2022 & entered Aug. 19, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*